No. 82–620.  PRICE ET AL. *v.* PITTSBURGH TERMINAL CORP. ET AL.; and

No. 82–622.  BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* PITTSBURGH TERMINAL CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.  JUSTICE POWELL took no part in the consideration or decision of these petitions.  Reported below: 680 F. 2d 933.